# STATE OF MICHIGAN

# COURT OF APPEALS

CAROLYN ANDERSON,

        Plaintiff-Appellant,

and

AMERICAN ANESTHESIA ASSOCIATES,
SPINE SPECIALISTS OF MICHIGAN, and
OMEGA REHAB SERVICES, LLC,

        Intervening Plaintiffs,

v

MICHAEL ROY CLAY,

        Defendant,

and

AMERICAN COUNTRY INSURANCE
COMPANY,

        Defendant-Appellee.

UNPUBLISHED
July 31, 2018

No. 336999
Wayne Circuit Court
LC No. 15-008247-NF

Before: CAMERON, P.J., and JANSEN and O'CONNELL, JJ.

JANSEN, J. (*concurring*).

        I concur in the result only.

        /s/ Kathleen Jansen

-1-